UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| KENNETH LUNDQUIST, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EFFINGHAM COUNTY; CITY OF ) <br> RINCON, GA; GEORGIA ) <br> DEPARTMENT OF CORRECTIONS, ) <br> and ARAMARK CORPORATION, ) <br> ) <br>     Defendants. ) | Case No. CV413-214 |

## REPORT AND RECOMMENDATION

On September 23, 2013, the Court ordered plaintiff to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms by October 23, 2013 would result in the dismissal of his case. (*Id.*) Plaintiff has not returned the

Consent to Collection of Fees form. Since he has not complied with the conditions of the Court's order, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this  2nd  day of December, 2013.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA