FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 DEC 27 PM 3:17
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH LUNDQUIST, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-214
)
EFFINGHAM COUNTY; CITY OF )
RINCON, GA; GEORGIA DEPARTMENT )
OF CORRECTIONS; and ARAMARK )
CORPORATION; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 7). After a careful de novo review of the record, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **27th** day of December 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA